```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12315
    ROBERT J STEEN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-6019


---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 07/10/07 .

    2.   The case was dismissed without confirmation, 09/14/2007.

    3.   The Debtor paid a total of $     452.00 .


---------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------
ALLIED INTERSTATE          UNSECURED     NOT FILED           .00            .00
BECKET & LEE LLP           UNSECURED     NOT FILED           .00            .00
BUR COL RECO               UNSECURED     NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED     NOT FILED           .00            .00
CDA PONTIAC                UNSECURED     NOT FILED           .00            .00
CROSS COUNTRY BANK         UNSECURED     NOT FILED           .00            .00
GREATER SUBURBAN ACCEPTA   UNSECURED     NOT FILED           .00            .00
ILL STATE TOLL HIWAY AUT   UNSECURED     NOT FILED           .00            .00
EDWARD JACQUAYS            UNSECURED     NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE     UNSECURED     NOT FILED           .00            .00
MORRIS HOSPITAL            UNSECURED     NOT FILED           .00            .00
NCO FINANCIAL              UNSECURED     NOT FILED           .00            .00
NICOR GAS                  UNSECURED     NOT FILED           .00            .00
NORTHWEST COLLECTION       UNSECURED     NOT FILED           .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED     NOT FILED           .00            .00
STATE COLLECTION SRV       UNSECURED     NOT FILED           .00            .00
CALIFORNIA FRANCHISE TAX   UNSECURED     NOT FILED           .00            .00
SUPERIOR MANAGEMENT        UNSECURED     NOT FILED           .00            .00
UNIVERSITY FIDELITY CORP   UNSECURED     NOT FILED           .00            .00
---------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------
        Summary of disbursements:
---------------------------------------------------------------------------
                      SECURED    PRIORITY    UNSECURED      OTHER        TOTAL

TOTAL CLMS ALLOWED       .00        .00         .00          .00          .00
PRINCIPAL PAID           .00        .00         .00          .00          .00
INTEREST PAID            .00        .00         .00          .00          .00
TOTAL PAID               .00        .00         .00          .00          .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $     .00
and was paid $       .00 .
```

The Trustee received $         .00 .

Refunds to the Debtor totaled $    452.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/20/07                      /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE